AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California


FILED
JUN 07 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Mccael Laton MARSHALL | ) | 1:19 MJ 00124 SAB |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 16, 2019__ in the county of __Fresno__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. Section 922(g)(1) | Felon in possession of a firearm |

PENALTIES
10 years imprisonment (maximum)
$250,000 fine, or both fine and imprisonment
3 years supervised release (maximum)
$100 special assesment

This criminal complaint is based on these facts:

See attached affidavit of ATF SA Anthony Gonzales

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Anthony Gonzales, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/7/19

_____
*Judge's Signature*

City and state: Fresno, California    Hon. Stanley A. Boone, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>MCCAEL LATON MARSHALL<br><br>        Defendant. | CASE NO.<br><br>AFFIDAVIT OF SPECIAL AGENT ANTHONY T. GONZALES |

## I. INTRODUCTION

1. This Affidavit is in support of an arrest warrant for Mccael Laton MARSHALL (hereinafter MARSHALL) for violations of Title 18, United States Code, Section 922(g)(1), felon in possession of a firearm.

2. The information contained in this Affidavit is based upon my personal observations and training and, where noted, information related to me by other law enforcement officers and/or agents.

3. As stated further in this Affidavit, law enforcement officers have gathered evidence to support probable cause that MARSHALL unlawfully possessed a Smith and Wesson, M&P, 9mm, pistol, serial number HBF8601.

## II. AFFIANT'S BACKGROUND

4. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco and Firearms (ATF) and have been so employed since October of 2018. I am currently assigned to the ATF Fresno Field Office, specializing in investigations involving the illegal possession of firearms and other federal offenses involving firearms. Prior to my employment with ATF, I was a sworn peace officer in the state of California beginning in October of 2008. During that time I was employed by the Santa Cruz County Sheriff's Office (SCSO) where I was assigned as a patrol deputy throughout the county. While employed at SCSO I was assigned as a detective to the Investigations Bureau-Santa Cruz County Gang Task Force where I conducted and assisted in complex gang investigations involving local, state and federal offenses including drug trafficking, unlawful firearms possession, homicide, robbery and other

crimes committed by gang members throughout Santa Cruz County and surrounding areas. I was employed by the Madera County Sheriff's Office (MCSO) where I worked as a patrol deputy in 2012. In 2013, I began employment with the Clovis Police Department (CPD). While employed at CPD, I worked as a patrol officer until being assigned to the Detective Bureau, where I worked with the Fresno County Multi Agency Gang Enforcement Consortium (MAGEC). While assigned as a detective at MAGEC, I conducted gang investigations with other local, state and federal agencies investigating gang crimes in and around Fresno County, including homicide, unlawful firearm possession, assaults, robbery, drug trafficking, firearms trafficking, murder for hire and burglaries.

5. During the course of my employment with ATF, I have investigated criminal violations related to firearms, violent crime, criminal street gangs, and narcotics. As a police detective and ATF agent I have participated in all aspects of criminal investigations, including, but not limited to, interviews, physical surveillance, and the execution of both search warrants and arrest warrants. I have personally investigated and/or assisted other agents and officers in their investigations involving violations of Title 18, United States Code, Section 922(g)(1), felon in possession of a firearm; Title 21, United States Code, Section 841(a)(1), the manufacture of, distribution of and possession with intent to distribute controlled substances, and Title 21, United States Code, Section 846, conspiracy to commit a controlled substance offense. Specifically, those investigations have focused on the distribution of methamphetamine, heroin, cocaine, and other narcotics. I am familiar with, and have participated in, conventional investigative methods, including, but not limited to, electronic surveillance, visual surveillance, the use of GPS/E-911 data, questioning of witnesses, search warrants, and confidential informants. I have also participated in multiple Title III investigations where I have served in the wireroom, as a member of a street react team and as a surveillance team member.

6. Through the course of my employment with ATF and as a local law enforcement officer, I have investigated and prosecuted numerous cases of prohibited persons in possession of firearms. To include person with felony convictions in possession of firearms illegally.

## III. **PROBABLE CAUSE**

7. According to reports from the Fresno Police Department (FPD)[1] on May 16, 2019, at approximately 8:17pm, Fresno Police Department Officers Nathanael Morales and Arthur Barragan were conducting patrol in the city of Fresno near the intersection of California Avenue and Thorne Avenue. They were in uniform and operating a marked FPD patrol vehicle. Officer Barragan observed a black 2015 Chrysler sedan (CA-8FRL038) with no rear license plate, in violation of California Vehicle Code section 5200(a), and conducted an enforcement stop of the vehicle and its occupants. Officer Barragan approached the driver's side of the vehicle and identified the driver as Shala Bonner. Officer Morales approached the passenger side of the vehicle and the front passenger provided a name of "Jimmie Puryear" with a date of birth of "5/17/90". It was later discovered through fingerprints during the booking process that "Puryear" was actually Mccael MARSHALL. The records associated with his fingerprints revealed that MARSHALL was wanted for an active felony Post Release Community Supervision (PRCS) warrant in Fresno County.

8. Officer Barragan asked Bonner for consent to search the vehicle and she gave consent. Bonner was asked to step out of the vehicle and she complied with directions. She was ultimately seated on the curb and both officers approached MARSHALL, who was still seated in the front passenger seat. Officer Barragan requested that MARSHALL get out of the vehicle and he complied. As MARSHALL exited the vehicle, Officer Barragan noticed MARSHALL pulling at his waistband, a common place to store unlawfully possessed firearms. Based on this, Officer Barragan requested MARSHALL turn around so that Officer Barragan could conduct a pat search for officer safety. MARSHALL initially complied and turned around, placing his hands on his head. As Officer Barragan began his pat search and moved his hand towards MARSHALL'S waistband, MARSHALL turned away from Officer Barragan and began backing away before running away from Officer Barragan and Officer Morales north on Thorne Avenue.

9. Officer Barragan briefly chased MARSHALL before turning back to Bonner, who was still seated near the vehicle. Officer Morales continued the foot pursuit of MARSHALL. According to

---

[1] All facts contained herein were taken from Fresno Police Department reports unless otherwise noted.

COMPLAINT AFFIDAVIT         3

Officer Morales' report, he remained approximately three feet behind MARSHALL throughout the foot pursuit. Officer Morales noted in his report that as he chased MARSHALL he observed him reaching with his left hand, to the front of his waistband as if he was gripping something while he ran. MARSHALL ran into the front yard of 106 West Woodward Avenue and attempted to jump the fence. Officer Morales was able to stop MARSHALL from jumping into the backyard of the residence by pulling him off the fence. As he pulled MARSHALL down, Officer Morales observed MARSHALL put his left hand through an opening between the fence and garage wall as if he was trying to drop something into the backyard of a residence. MARSHALL was eventually pulled off the fence and placed in handcuffs by Officer Morales.

10. During the foot pursuit, FPD Officers Gabriel Vasquez and Rebekah Wells responded to assist and contacted the homeowner of the West Woodward Avenue noted above. The homeowner gave consent for officers to search his backyard for any items that MARSHALL may have discarded over the fence. The homeowner told the officers that he did not own any firearms and there should not be any guns in his backyard. While searching the backyard, Officer Wells located a loaded Smith and Wesson M&P 9mm pistol on the ground in the bushes precisely at the location where MARSHALL had reached his hand through the fence. While on scene, Officer Wells unloaded the firearm and discovered it had eleven (11) live rounds of mixed brand 9mm ammunition loaded in the magazine. In a post-Miranda statement, MARSHALL denied being in possession of a firearm.

11. I have reviewed the Fresno County Superior Court records and the defendant's criminal history report, both of which indicate that the defendant has the following prior felony convictions punishable by more than a year imprisonment:

- A May 1, 2014, Fresno County Superior Court felony conviction for one count of violating California Penal Code Section 273.5(a), corporal injury to a spouse/cohabitant/child's parent, and one count of violating California Penal Code Section 273a(a), child abuse (Case Number F14902307);

- A December 11, 2015, Fresno County Superior Court felony conviction for violating California Penal Code, Section 273(f)(1), corporal injury with priors (Case Number F15906509);

- An April 18, 2018, Fresno County Superior Court felony conviction for violating California Penal Code Section 29800(a)(1), possession of a firearm (Case Number F18902262).

With respect to each of the above felony convictions, the court records that I reviewed confirmed that the defendant was advised that he faced a maximum penalty of more than a year imprisonment.

12. On June 4, 2019, ATF Special Agent George Jusino, who has specialized training in the manufacture, origin and identification of firearms, stated that the Smith and Wesson, M&P, 9mm, pistol, serial number HBF8601 was not manufactured in the state of California, and therefore, traveled in and affected interstate commerce.

### IV. CONCLUSION

13.  The above facts set forth probable cause to believe that Mccael Laton MARSHALL was in violation of Title 18, United States Code, Section 922(g)(1), felon in possession of a firearm. I request that an arrest warrant be issued for MARSHALL for this violation.

Anthony T. Gonzales
Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives, U.S. Department of Justice

Swore to and subscribed before me
This ___7th___ day of June, 2019

Honorable Stanley A. Boone
UNITIED STATES MAGISTRATE JUDGE

Reviewed as to form and content by:
/s/ Katherine E. Schuh
KATHERINE E. SCHUH
Assistant U.S. Attorney