PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WENDELL MOTON,<br>DONNIE HICKS,<br>MCCAEL MARSHALL,<br><br>Defendants. | CASE NO. 1:24-CR-00126-NODJ-BAM<br><br>Related Cases:<br>1:21-cr-00050-DAD<br>1:19-cr-00141-DAD-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; RELATED CASES TO CONTINUE TO TRAIL |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney, as well as Eric Kersten, attorney for defendant WENDELL MOTON, Robert Lamanuzzi, attorney for defendant DONNIE HICKS, and Melissa Baloian, attorney for defendant MCCAEL MARSHALL, that the status conference set for August 14, 2024 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to October 23, 2024 at 1:00 p.m.

Defendants MOTON and MARSHALL additionally have violations of supervised release trailing behind their new case. For MOTON, that is case 1:21-cr-00050-DAD. For MARSHALL, that is case is 1:19-cr-00141-DAD. They were previously ordered to trail behind the instant case the parties request they continue to trail.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. The parties need additional time to further investigate/explore matters related to resolving

Stipulation                                                                 1

1 the case or setting a trial date.

2     2.     By this stipulation, defendants now move to continue the status conference, and to
3 exclude time from <u>August 14, 2024</u> to <u>October 23, 2024</u>.

4     3.     The parties agree and stipulate, and request that the Court find the following:

    a)     The government has represented that the initial discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Defense would like additional time to review discovery, and investigate the foundation for a resolution by plea or trial further.

    b)     The government does not object to the continuance.

    c)     An ends-of-justice delay is particularly apt in this case because:

- Defendant needs additional time to review discovery, and conduct additional investigation; and

- The parties need additional time to investigate/explore matters related to proceeding via plea or trial.

    d)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of <u>August 14, 2024</u> to <u>October 23, 2024</u>, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

**[Remainder of page intentionally left blank.]**

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: August 7, 2024                               Respectfully submitted,

                                                    PHILLIP A. TALBERT
                                                    United States Attorney

                                           By       /s/ Robert L. Veneman-Hughes
                                                    ROBERT L. VENEMAN-HUGHES
                                                    Assistant United States Attorney

Dated: August 7, 2024                               /s/ Eric Kersten
                                                    ERIC KERSTEN
                                                    Attorney for Defendant Wendell MOTON

Dated: August 7, 2024                               /s/ Robert Lamanuzzi
                                                    ROBERT LAMANUZZI
                                                    Attorney for Defendant Donnie HICKS

Dated: August 7, 2024                               /s/ Melissa Baloian
                                                    MELISSA BALOIAN
                                                    Attorney for Defendant McCael MARSHALL

Stipulation                                   3

**ORDER**

IT IS SO ORDERED that the status conference is continued from August 14, 2024 to **October 23, 2024 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe.** Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161 between those dates upon finding of good cause pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) for the reasons stated above. Related cases 1:21-cr-00050-DAD and 1:19-cr-00141-DAD-SKO are to continue to trail behind the instant case.

IT IS SO ORDERED.

Dated:   **August 7, 2024**            /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE