1  MICHELE BECKWITH
   Acting United States Attorney
2  ROBERT L. VENEMAN-HUGHES
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5  Attorneys for Plaintiff
   United States of America
6
                       IN THE UNITED STATES DISTRICT COURT
7
                       EASTERN DISTRICT OF CALIFORNIA
8
   UNITED STATES OF AMERICA,                CASE NO.  1:24-CR-00126-NODJ-BAM
9
                         Plaintiff,         Related Cases:
10                                          1:19-cr-00141-DAD
                 v.
11                                          STIPULATION TO CONTINUE STATUS
   MCCAEL MARSHALL,                         CONFERENCE; RELATED CASES TO CONTINUE
12                                          TO TRAIL; AND ORDER
                         Defendants.
13

14
        IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney
15
   and Robert L. Veneman-Hughes, Assistant U.S. Attorney, as well as Melissa Baloian, attorney for defendant
16
   MCCAEL MARSHALL, that the status conference set for March 26, 2025 at 1:00 pm before the Honorable
17
   Barbara A. McAuliffe be continued to May 14, 2025 at 1:00 p.m.
18
        Defendant MARSHALL additionally has a violation of supervised release trailing behind his new
19
   case. For MARSHALL, that is case is 1:19-cr-00141-DAD. It was previously ordered to trail behind the
20
   instant case and the parties request it continues to trail.
21
                                       **STIPULATION**
22
        Plaintiff United States of America, by and through its counsel of record, and defendants, by and
23
   through defendants' counsel of record, hereby stipulate as follows:
24
        1.      The parties need additional time to further investigate/explore matters related to resolving
25
   the case or setting a trial date.
26
        2.      Particularly, the government has extended a plea offer and the parties have met and
27
   conferred about the terms of the plea. The parties are actively negotiating about its terms.
28

   Stipulation                                  1

1    3.    By this stipulation, defendant now move to continue the status conference, and to exclude

2  time from <u>March 26, 2025</u> to <u>May 14, 2025</u>.

3    4.    The parties agree and stipulate, and request that the Court find the following:

4    a)    The government has represented that the initial discovery associated with this

5  case includes investigative reports, and related documents, photographs, etc., in electronic form.

6  All of this discovery has been either produced directly to counsel and/or made available for

7  inspection and copying.  Defense would like additional time to review discovery, and investigate

8  the foundation for a resolution by plea or trial further.

9    b)    The government does not object to the continuance.

10    c)    An ends-of-justice delay is particularly apt in this case because:

11    • Defendant needs additional time to review discovery, and conduct additional

12    investigation; and

13

14    • The parties need additional time to investigate/explore matters related to

    proceeding via plea or trial.

15

16    d)    Based on the above-stated findings, the ends of justice served by continuing the

17  case as requested outweigh the interest of the public and the defendant in a trial within the

18  original date prescribed by the Speedy Trial Act.

19    e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

20  et seq., within which trial must commence, the time period of <u>March 26, 2025</u> to <u>May 14, 2025</u>,

21  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) because

22  it results from a continuance granted by the Court at defendants' request on the basis of the

23  Court's finding that the ends of justice served by taking such action outweigh the best interest of

24  the public and the defendants in a speedy trial.

25    **[Remainder of page intentionally left blank.]**

26

27

28

Stipulation                                            2

1    5.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4

5        Dated: March 19, 2025                          Respectfully submitted,

6                                                        MICHELE BECKWITH
                                                         Acting United States Attorney
7

8                                                By      /s/ Robert L. Veneman-Hughes
9                                                        ROBERT L. VENEMAN-HUGHES
                                                         Assistant United States Attorney
10

11       Dated: March 19, 2025                          /s/ Melissa Baloian
                                                         MELISSA BALOIAN
12                                                       Attorney for Defendant McCael MARSHALL

13

14

15                                              **ORDER**

16       IT IS SO ORDERED that the status conference is continued from March 26, 2025, to **May 14, 2025,**

17   **at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant

18   to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv). Related case 1:21-cr-00050-DAD is to continue to trail

19   behind the instant case.

20   IT IS SO ORDERED.

21

22       Dated:   **March 19, 2025**              /s/ Barbara A. McAuliffe
                                                  UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

     Stipulation                                    3