1  DOUGLAS C. FOSTER, CA #205674
   Law Offices of Douglas C. Foster
2  3185 M. Street; Suite 200
   Merced, CA  95348
3  Telephone: (209) 691-7280
   Fax: (209) 691-7290
4
   Attorney for Defendant
5  McCAEL MARSHALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00141 |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING. |
| McCAEL MARSHALL, | |
| Defendant. | PROPOSED DATE: February 9, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Dale A. Drozd |

On October 20, 2025, the parties submitted a stipulation and order to continue sentencing in Mr. Marshall's currently pending case (1:24-cr-00126) to February 6, 2026. In doing so, the parties inadvertently neglected to include a request to continue sentencing in this matter to the same date and time.

Therefore, IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in this matter currently scheduled for November 3, 2025, be continued to February 9, 2026. The parties further stipulate that the deadline for filing objections be reopened, and new dates set as follows:

1/26/2026: Formal objections filed with the Court
2/2/2026: Replies, if needed
2/9/2026: Judgment & Sentencing

Counsel for the government and the assigned USPO have no objection to the proposed schedule.

IT IS SO SIPULATED:

                                                ERIC GRANT
                                                United States Attorney

DATED: 10/27/25                              /s/ Robert Veneman-Hughes_____
                                                ROBERT L. VENEMAN-HUGHES
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

DATED: 10/23/25                              /s/ Douglas Foster_____
                                                DOUGLAS C. FOSTER
                                                Law Offices of Douglas C. Foster
                                                Attorney for Defendant
                                                McCAEL MARSHALL

USA v. MARSHALL – Stipulation and Order to Continue

**ORDER**

The court has reviewed and considered the stipulation filed by the parties on October 20, 2026, and reviewed the record of this case. For the reasons stated in the stipulation, the request to continue sentencing is GRANTED and the sentencing hearing in this case is continued to February 9, 2026, at 10:00 a.m. and the sentencing related filing dates are reset as discussed above.

IT IS SO ORDERED.

Dated: **October 27, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

USA v. MARSHALL – Stipulation and Order to Continue